# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-1673
_____

DEBORAH PETERSON,

Appellant,

v.

REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION and
INTERNATIONAL WHOLESALE
TITLE LLC,

Appellees.

_____


On appeal from the Reemployment Assistance Appeals Commission.
Charles T. Faircloth, Jr., Chairman.

June 27, 2024


PER CURIAM.

AFFIRMED.

LEWIS, BILBREY, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Deborah Peterson, pro se, Appellant.

Amanda L. Neff, Deputy General Counsel, Tallahassee, for Appellee Reemployment Assistance Appeals Commission.

No appearance by Appellee International Wholesale Title LLC.